IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: )
    AUSTIN CHRISTOPHER CRUZ )
    ) **CASE NO**. 23-20693
    DEBTOR )

## MOTION TO TURNOVER PROPERTY PURSUANT TO 11 U.S.C. §542(a)

**COMES NOW Debtor,** Austin Cruz, and for his Motion to Turnover Property Pursuant to 11 U.S.C. §542(a), states as follows:

1. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on June 21, 2023.

2. In April 2023, Debtor's 2015 Nissan Sentra was wrecked and required significant repairs. Debtor took the vehicle to Shoemaker Collision for repairs and had been trying to make payments on the bill.

3. Debtor has paid approximately $800 to Shoemaker Collision towards the outstanding bill.

4. Since Debtor is a union worker, he had to collect unemployment because he did not have his vehicle to get to jobs.

5. The remaining $1,900 bill owed to Shoemaker Collision is scheduled to be paid as a secured claim through Mr. Cruz's Chapter 13 Plan.

6. Debtor appeared at Shoemaker Collision on Friday July 20, 2023 for return of the vehicle but was directed to their attorney.

7. Debtor's counsel called Shoemaker's Collision's attorney, Patrick Reavey, for turnover of the vehicle which was refused.

8. Debtor's counsel also emailed Mr. Reavey attempting to negotiate turnover but received no response.

9. Debtor's counsel emailed Mr. Reavey Monday July 24, 2023 again trying to negotiate turnover, which was refused.

10. Shoemaker Collision's refusal to return or allow Mr. Cruz to retrieve his vehicle is causing an undue hardship on Debtor as he requires a vehicle to travel to and from his place of employment.

11.     Debtor's vehicle is necessary for an effective reorganization, as he cannot fund his Chapter 13 plan without a vehicle to get to work.

   **WHEREFORE,** Debtor respectfully requests the Court enter an Order to Shoemaker Collision for immediate turnover of the 2015 Nissan Sentra to Debtor so he may effectively travel to and from work and continue his Chapter 13 plan, that the Court assess appropriate attorney fees and sanctions, and for such other relief as the Court deems just and proper.

Dated: 07/24/2023

Respectfully submitted,
WM Law

/s/ Chelsea S Williamson
Chelsea S Williamson KS#20522
15095 W. 116th Street
Olathe, KS 66062
(913) 422-0909 / Fax (913) 428-8549
williamson@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Monday, July 24, 2023         .

Patrick G. Reavey
REAVEY LAW LLC
Livestock Exchange Bldg.
1600 Genessee, Suite 303
Kansas City, Missouri 64102
(816) 474-6300/Fax: 474-6302
patrick@reaveylaw.com
www.reaveylaw.com
ATTORNEY FOR CREDITOR

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

s/ Chelsea S Williamson