The relief described hereinbelow is SO ORDERED.

SIGNED this 26th day of July, 2023.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re:     AUSTIN CHRISTOPHER CRUZ     )   CASE No. 23-20693
                                                                          )   Chapter: 13
                                                            Debtor    )

## ORDER APPROVING MOTION FOR EXPEDITED HEARING ON MOTION FOR TURNOVER OF PROPERTY (#25)

On **July 24, 2023,** Debtor filed Document No. **25,** the Motion for an Expedited Hearing on the Motion for Turnover (Doc. #24). The Court finds that said Motion is satisfactory, and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion be GRANTED, hereby setting a Hearing on Debtor's Motion for Turnover before the U.S. Bankruptcy Court, 500 State Avenue, Room **155**, Kansas City, Kansas 66101, **August 11, 2023 at 10:15 a.m.**

**IT IS FURTHER ORDERED** that Debtor file a Notice of the foregoing Hearing and serve the same on all parties of interest.

**IT IS SO ORDERED.**

###

Respectfully submitted,
WM Law

s/ Chelsea S Williamson
Chelsea S Williamson KS 20522
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
williamson@wagonergroup.com
ATTORNEY FOR DEBTOR